| AO 241 (Rev. 5/85) | PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY | ✓ FILED ___ LODGED ___ RECEIVED ___ COPY |
|---|---|---|

# United States District

District **of Arizona at Phoenix**

**SEP 04 2007**
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

| Name | Mr. Jan F. Becker | Prisoner No. #A399-713 | Case No. |
|---|---|---|---|

Place of Confinement  **MANSFIELD CORRECTIONAL INSTITUTION SECRET UNITED WAY DEATH GULAG #3**

CV07-01692-PHX-DGC(GEE)

Name of Petitioner (include name under which convicted)

Mr. Jan F. Becker, pro se
Political Prisoner #A399-713
of the United Way Conspiracy
to Invade Iraq Pelosi Cover-up.

V.

Name of Respondent (authorized person having custody of petitioner)
Hudson, G.W.Bush, Paul D.Clement, A.Gonzales, J.Ashcroft, and United Way of Arizona et al, Daniel G.Knauss, J.Hull, P.K.Charlton, Janet Napolitano, Terry Goddard, Betsy Bayless, J.O. Smith, Janice K.Brewer, Roger Vanderpool, G.L.Garriot, Ruth V.McGregor, John McCain, Jon L.Kyl, Ed Pastor, Sandy O'Connor, Trent Franks, H.Mitchell, Jeff Flake, R.M.Grijalva, G.Giffords, R.Renzi, C.Urias, D.Raber, J.Lesher, F.A.Rotellini, R.B.VanWyck, etc.

The Attorney General of the State of: **Ohio; Marc Dann, J.Petro, B.Montgomery, Lee Fisher**

Arizona Att.General Terry Goddard
1275 W.Washington St, Phoenix AZ 85007

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  **Millersburg, Ohio Holmes County United Way Court of Common Pleas & Iraqi Invasions**

2. Date of judgment of conviction  **Feb. 2nd by Church of Christ FEMA Judge White.**

3. Length of sentence **3 life sentences for United Way, or until kill-for-hire plot enlisting inmates was ordered by President Bush.**

4. Nature of offense involved (all counts) **GSI, rape, suing United Way for kidnapping children in 1993 RICO court conspiracy to obtain 170 acre family farm by false-imprisonment and foreclosure; using SECRET TRIBUNALS during G.H.W.Bush presidential cover-up of Aramony/New Era Scandals.**

5. What was your plea? (Check one)
   (a) Not guilty ■   Note: Charges were fabricated by a United Way
   (b) Guilty ☐           Victims Advocate working for prosecutor.
   (c) Nolo contendere ☐
   If you entered a guilty pleas to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **Petitioner has no idea what United Way court-appointed attorneys, judges, and prosecutors convicted him of in 1993 SECRET TRIBUNALS.**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ■   Note: Judge entered jury room to threaten jury,
   (b) Judge only ☐        juror #4 was police informant planted to
                           control jury and summon judge, who ordered
7. Did you testify at the trial?       United Way Counseling for jury after trial
   Yes ■ No ☐                          to stop lawsuits against the United Way.

8. Did you appeal from the judgment of conviction?
   Yes ■ No ☐  Note: All appeals "fixed" by state and federal United Way
                     judges or refused by United Way clerks; now stonewalled
   **by Nancy Pelosi Honest Leadership and Open Government Democrat Cover-up; started by Ohio Lt.Gov. Lee Fisher during President Clinton Commission on Crime; now Hillary Clinton or Barak Obama for President in 2008 :-)**

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Ohio 5th District United Way Court of Appeals__

   (b) Result __AFFIRMED by three conspiring United Way Judges.__

   (c) Date of result and citation, if known __Dec. 20th, 2001__

   (d) Grounds raised __verdict & sentence did not reflect evidence or crime; held under 23hr. lockdown for 10mos. to stop appeals & lawsuits.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __Ohio United Way Supreme Court__

   (2) Result __NO CONSTITUTIONAL QUESTION about RICO court-conspiracy decision by Ohio Supreme Court United Way Chief Justice.__

   (3) Date of result and citation, if know __May 1st, 2002 - NO Constitutional Grounds?__

   (4) Grounds raised __verdict & sentence did not reflect evidence or crime; held under 23hr. lockdown for 10mos. to stop appeals & lawsuits.__

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __Ohio Supreme Court State Habeas Corpus__

   (2) Result __Rehnquist died; O'Conner RESIGNED in disgust; petition stonewalled 3 mos.; Bush planted Roberts & Alito (G.H.W. Bush co-conspirators)__

   (3) Date of result and citation, if know __DENIED, Oct. 3rd, 2005 by Roberts on first day__

   (4) Grounds raised __26 grounds for release; NO warrants, NO due process, how Absolute Judicial Anarchy of United Way caused Iraqi Invasion.__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ■   No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court __Franklin Co. (Columbus, Ohio) Comm. Pleas & Appellate__

   (2) Nature of proceeding __MANDAMUS for actual criminal history records; FBI & BCI double-fake files redacted 1993 SECRET TRIBUNALS.__

   (3) Grounds raised __Americans have a Constitutional Right to KNOW what United Way tried and convicted them of in SECRET TRIBUNALS.__

AO 241 (Rev. 5/85)

> Petitioner was repeatedly arrested and hunted down by Ohio
> State Highway Patrol All-Points-Bulletins for United Way;
> multiple home-invasions & raids; all redacted from records.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
~~Yes~~ ☐   No ■

(5) Result  Prison United Way Conspirators tell Bush to invade Iraq.

(6) Date of result  July 23, 2002; (Appeal AFFIRMED on Mar. 25th, 2003)
                    (before Iraqi Invasion.)

(b) As to any second petition, application or motion give the same information:

(1) Name of court  Richland County Court of Common Pleas/ Appellate.

(2) Nature of proceeding  State habeas corpi, treble RICO damages, §1983,
against United Way Warden, DISMISSED by United Way Judge.

(3) Grounds raised  26 grounds, NO warrants, falsified prison records,
falsified double FBI & BCI criminal history records to cover
up double-jeopardy and United Way SECRET TRIBUNALS, cruel and
unusual punishment for suing United Way, due process, conflicts
of interest with Judge sued in 1997 presiding over proceeding.

(4) Did you receive an evidentiary hearing on your petition, application or motion?
~~Yes~~ ☐   No ■

(5) Result  DISMISSED, typewriter smashed, confiscated legalwork to
            stop habeas corpus & lawsuits.

(6) Date of result  Nov. 28th, 2003

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ■   ~~No~~ ☐
(1) Second petition, etc.    Yes ■   ~~No~~ ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

United Way Prison Conspirators in mailroom held Ohio Supreme Ct.
appeal of Becker v. Ohio State Highway Patrol in mailroom until
past jurisdictional filing date; or refused to certify mail so
conspiring Ohio Supreme Court United Way Clerks could dismiss
without judge.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same. Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Petitioner has a Constitutional Right to a FEDERAL Appeal by a three-judge panel of impartial, unbiased Federal Judges.

Supporting FACTS (state *briefly* without citing cases or law) Every Cincinnati 6th Circuit Federal Appellate Judge REFUSED EN BANC to preside or decide the 26 grounds for release, and conspired with clerks and Respondents to fabricate a SHAM legal proceeding without judges long enough for United Way prison staff to assemble a kill-for-hire scheme; using other inmates promised release or parole by United Way Judges or United Way Parole Board Director (now Chief Inspector of DRC;-).

B. Ground two: Petitioner has a Constitutional Right to impartial and unbiased Federal Judge in ORIGINAL habeas corpus petition.

Supporting FACTS (state *briefly* without citing cases or law) Judge Donald C. Nugent is not only a United Way Judge, but a "HILLARY FOR PRESIDENT IN 2008" Clinton Conspirator; who denied federal habeas corpus to conceal his own corruption and lack of integrity "fixing" a case against the Clintons and Janet Reno Justice Department which furthered the original G.H.W. Bush presidential cover-up of the Aramony/New Era United Way Debacles used to kidnap children in Holmes County.

AO 241 (Rev. 5/85)

C. Ground three: Petitioner has a Constitutional Right to KNOW exactly WHAT United Way SECRET TRIBUNALS arrested, tried and convicted him of.

Supporting FACTS (state *briefly* without citing cases or law) Petitioner has been a FELON since 1993; enhancing and causing his political false-imprisonment with Ohio Bureau of Identification & Investigation cut-n-pasted criminal history records, purposely copied by the FBI on orders of former U.S.Atty.General Ashcroft, President Bush, and former White House Counsel Alberto Gonzales; to further, maintain, and expand the United Way Conspiracy to Invade Iraq with 3,000 DEAD.

D. Ground four: As a political prisoner of the United States of America, petitioner can file successive habeas corpi for each RICO predicate.

Supporting FACTS (state *briefly* without citing cases or law) There has to be three federal judges somewhere in the United States with enough integrity and charactor to uphold the Constitution and U.S.laws, to address Bush and United Way miscarriages of justice, to address the facts, the issues, and merits of this case; HOW MANY helpless other United Way Victims are trapped in prison across the United States by other corrupt United Way Judges, Lawyers, and Prosecutors who suborned United Way perjury and evidence for grant donations?

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Petitioner had no idea the 6th Circuit Appellate Judges would REFUSE to conduct the business of the Court to protect a corrupt charity and president; and DEMANDS TREBLE RICO MONETARY DAMAGES of previous appellate claims.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ■   No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgement attacked herein:
(a) At preliminary hearing  Mark S. Shearer, 8193 Avery Rd. Suite #201
Broadview Hts., Ohio 44147

(b) At arraignment and plea  Mary A. Kovach, Asst.Pub.Def.Summit Co.Juv.Div.
1013 Key Bldg. 159 Main St.
Mark S. Shearer,    Akron, Ohio 44308

AO 241 (Rev. 5/85)

    (c) At trial <u>Robert A. Dixon, 4403 St.Clair Ave., Cleveland, Ohio 44103</u>
<u>Mark S. Shearer, Mary A. Kovach</u>

    (d) At sentencing <u>Robert A. Dixon, Mark S. Shearer, Mary A. Kovach</u>

    (e) On appeal <u>David L. Doughten, 4403 St.Clair Ave.,Cleve,Ohio 44103</u>

    (f) In any post-conviction proceeding <u>Pro Se; Attorneys are helpless and ineffective against corrupt State & Federal Judges "FIXING" cases for United Way.</u>

    (g) On appeal from any adverse ruling in a post-conviction proceeding <u>Pro Se; no attorneys needed while United Way Courts complete the object of the conspiracy.</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ■   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ■   No ☐
    (a) If so, give name and location of court which imposed sentence to be served in the future: <u>Unknown because of United Way SECRET TRIBUNALS enhancements of known sentences.</u>

    (b) Give date and length of the above sentence: <u>Unknown, petitioner cannot appeal, void, or vacate SECRET TRIBUNALS because courts refuse to admit they exist.</u>

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ■   No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

**Fri.Sept.29th,2006 (every Ohio Court)**
(date)
**Fri.Oct.20th,2006 (E.Dist.Mich.)**
Fri. Aug. 31st 2007 (District of Phoenix)

*(signature)*
Signature of Petitioner
Mr. Jan F. Becker, pro se
Political Prisoner #A399-713